**FILED**
CLERK, U.S. DISTRICT COURT
OCT 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. MALDONADO,<br><br>        Petitioner,<br><br>   v.<br><br>CONNIE GIBSON, Warden<br><br>        Respondent. | No. EDCV 13-2122 DSF (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 10-20-14

_____
DALE S. FISCHER
United States District Judge